No. 409, Misc. WELDON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia

Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.